**Order entered December 7, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01018-CV

## IN RE KEITH HARRELL, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF COVENANT EQUITY PARTNERS, LLC, Relator

### Original Proceeding from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-05710-2019

### ORDER

Before the Court is relator's December 7, 2020 motion to withdraw the emergency motion for temporary stay of trial court proceedings. We **GRANT** the motion to withdraw.

/s/  BILL PEDERSEN, III
   JUSTICE